The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MONTY HAMLIN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>GRANITE STATE INSURANCE COMPANY, a foreign insurer,<br><br>　　　　　　Defendant. | NO. 2:19-cv-01179-RSL<br><br>ORDER GRANTING DEFENDANT GRANITE STATE INSURANCE COMPANY'S MOTION FOR LEAVE TO AMEND |

THIS MATTER having come before the Court on Defendant Granite State Insurance Company Motion for an order permitting it to amend its Answer and Affirmative Defenses, and the Court having reviewed the pleadings, court records, and file materials herein, including:

1. Defendant Granite State Insurance Company's Motion for Leave to Amend;

2. Defendant's Reply Memorandum_____;

3. _____;

[~~PROPOSED~~] ORDER GRANTING DEFENDANT GRANITE STATE INSURANCE COMPANY'S MOTION FOR LEAVE TO AMEND [2:19-cv-01179-RSL] - 1

Andrews•Skinner, P.S.
645 Elliott Ave. W., Ste. 350
Seattle, WA 98119
Tel: 206-223-9248 • Fax: 206-623-9050

The Court, having considered the above materials and reviewing the Court file, deems itself fully advised in the premises.

ACCORDINGLY, IT IS ORDERED that Defendant Granite State Insurance Company's Motion for Leave to Amend is GRANTED.

DATED this 10th day of March, 2020.

_____
HONORABLE ROBERT S. LASNIK

Presented by:

ANDREWS • SKINNER, P.S.

By s/Stephen G. Skinner
STEPHEN G. SKINNER, WSBA #17317
645 Elliott Ave. W., Suite 350, Seattle, WA 98119
206-223-9248 | Fax: 206-623-9050
Email: stephen.skinner@andrews-skinner.com
Attorneys for Defendant