1        THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MONTY HAMLIN,<br><br>           Plaintiff,<br>v.<br><br>GRANITE STATE INSURANCE COMPANY, a foreign insurer,<br><br>           Defendant. | NO. 2:19-cv-01179-RSL<br><br>STIPULATION AND AGREED ORDER OF DISMISSAL OF ALL CLAIMS |

### STIPULATION

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties that the above-referenced case should be DISMISSED with prejudice and without an award of costs or fees to any party.

Stipulated to and presented on this 17th day of August, 2020.

//

//

//

//

STIPULATION AND AGREED ORDER
OF DISMISSAL OF ALL CLAIMS
[2:19-cv-01179-RSL] - 1

Andrews▪Skinner, P.S.
645 Elliott Ave. W., Ste. 350
Seattle, WA 98119
Tel: 206-223-9248 ▪ Fax: 206-623-9050

| | |
|---|---|
| ANDREWS ▪ SKINNER, P.S. | |
| | |
| By: /s/ Stephen G. Skinner | By: /s/ James A. Conley |
| Stephen G. Skinner, WSBA #17317 | James A. Conley, WSBA #18497 |
| 645 Elliott Ave. W., Suite 350 | 120 W. Dayton St., Ste. D9 |
| Seattle, WA 98119 | Edmonds, WA 98020 |
| Tel: 206-223-9248 | Fax: 206-623-9050 | Tel: 425-672-7150 |
| Email: stephen.skinner@andrews-skinner.com | Email: jconley@jamesaconleylaw.com |
| Attorney for Defendant | Attorney for Plaintiff |
| | |
| | RUSSELL & HILL, PLLC |
| | |
| By: /s/ Scott A. Harmer | By: /s/ Brandon K. Batchelor |
| Scott A. Harmer, WSBA #24042 | Brandon K. Batchelor, WSBA #42477 |
| PO Box 1018, South Bend, WA 98586 | Dean F. Swanson, WSBA #40638 |
| Tel: 360-875-9929 | 3811A Broadway, Everett, WA 98201 |
| Email: harmerscott@comcast.net | Tel: 425-212-9165 |
| Attorney for Plaintiff | Email: brandon@russellandhill.com; dean@russellandhill.com |
| | Attorneys for Plaintiff |
| | |
| JENSEN MORSE BAKER PLLC | |
| | |
| By: /s/ Gabriel Baker | |
| Gabriel Baker, WSBA #28473 | |
| Steven D. Jensen, WSBA #26495 | |
| Seattle, WA 98101 | |
| Tel: 206-682-1550 | |
| Email: gabe.baker@jmblawyers.com; steve.jensen@jmblawyers.com | |
| Attorneys for Defendant | |

STIPULATION AND AGREED ORDER
OF DISMISSAL OF ALL CLAIMS
[2:19-cv-01179-RSL] - 2

Andrews▪Skinner, P.S.
645 Elliott Ave. W., Ste. 350
Seattle, WA 98119
Tel: 206-223-9248 ▪ Fax: 206-623-9050

**ORDER**

The parties having so stipulated and agreed, it is hereby ORDERED that the above-referenced case is hereby DISMISSED with prejudice and without an award of costs or fees to any party. The Clerk is directed to send copies of this Order to all counsel of record.

DATED this 18th day of August, 2020.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
United States District Court Judge

Presented by:

ANDREWS ▪ SKINNER, P.S.

By: */s/ Stephen G. Skinner*
Stephen G. Skinner, WSBA #17317
645 Elliott Ave. W., Suite 350
Seattle, WA 98119
Tel: 206-223-9248 | Fax: 206-623-9050
Email: *stephen.skinner@andrews-skinner.com*
Attorney for Defendant

Approved for Entry, Copy Received;
and Notice of Presentation Waived:

By: */s/ James A. Conley*
James A. Conley, WSBA #18497
120 W. Dayton St., Ste. D9
Edmonds, WA 98020
Tel: 425-672-7150
Email: *jconley@jamesaconleylaw.com*
Attorney for Plaintiff

STIPULATION AND AGREED ORDER
OF DISMISSAL OF ALL CLAIMS
[2:19-cv-01179-RSL] - 3

Andrews▪Skinner, P.S.
645 Elliott Ave. W., Ste. 350
Seattle, WA 98119
Tel: 206-223-9248 ▪ Fax: 206-623-9050

By: /s/ Scott A. Harmer
Scott A. Harmer, WSBA #24042
PO Box 1018, South Bend, WA 98586
Tel: 360-875-9929
Email: harmerscott@comcast.net
Attorney for Plaintiff

RUSSELL & HILL, PLLC

By: /s/ Brandon K. Batchelor
Brandon K. Batchelor, WSBA #42477
Dean F. Swanson, WSBA #40638
3811A Broadway, Everett, WA 98201
Tel: 425-212-9165
Email: brandon@russellandhill.com;
dean@russellandhill.com
Attorneys for Plaintiff

JENSEN MORSE BAKER PLLC

By: /s/ Gabriel Baker
Gabriel Baker, WSBA #28473
Steven D. Jensen, WSBA #26495
Seattle, WA 98101
Tel: 206-682-1550
Email: gabe.baker@jmblawyers.com;
steve.jensen@jmblawyers.com
Attorneys for Defendant

STIPULATION AND AGREED ORDER
OF DISMISSAL OF ALL CLAIMS
[2:19-cv-01179-RSL] - 4

Andrews▪Skinner, P.S.
645 Elliott Ave. W., Ste. 350
Seattle, WA 98119
Tel: 206-223-9248 ▪ Fax: 206-623-9050